[Nos. 16811-5-III; 17337-2-III.   Division Three.   April 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH R. FLORES, *Appellant*.

Appeals from a judgment of the Superior Court for Benton County, No. 96-1-00618-5, Philip M. Raekes, J., entered July 30, 1997, and March 18, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Kato, JJ.

[Nos. 20460-6-II; 21926-3-II;   Division Two.   April 23, 1999.]
20461-4-II.

THE STATE OF WASHINGTON, *Respondent*, v. CUAHUTEMOC GARCIA-DAVILA, *Appellant*.

*In the Matter of the Personal Restraint of* CUAHUTEMOC GARCIA-DAVILA.

THE STATE OF WASHINGTON, *Respondent*, v. LEO FANNON, *Appellant*.

Appeals from judgments of the Superior Court for Cowlitz County, Nos. 95-1-00502-8, 95-1-00504-4, Randolph Furman, J., entered February 27, 1996, together with a petition for relief from personal restraint. *Affirmed in part* and *reversed in part* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 21810-1-II.   Division Two.   April 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE RICHARDSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-04669-0, Sergio Armijo, J., entered March 27, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Armstrong, J.